1
2
3
4
5
6                    UNITED STATES DISTRICT COURT

7                    EASTERN DISTRICT OF CALIFORNIA

8

9   LONNIE L. JOHNSON,                        1:08-cv-01220-SMS  (HC)

10            Petitioner,
                                             ORDER DENYING MOTION FOR
11       vs.                                 APPOINTMENT OF COUNSEL

12  J. WALKER,
                                             (DOCUMENT #3)
13            Respondent.

14  _____/

15          Petitioner has requested the appointment of counsel.  There currently exists no absolute

16  right to appointment of counsel in habeas proceedings.  See e.g., Anderson v. Heinze, 258 F.2d

17  479, 481 (9th Cir.), cert. denied, 358 U.S. 889 (1958); Mitchell v. Wyrick, 727 F.2d 773 (8th Cir.),

18  cert. denied, 469 U.S. 823 (1984).  However, Title 18 U.S.C. § 3006A authorizes the appointment

19  of counsel at any stage of the case "if the interests of justice so require."  See Rule 8(c), Rules

20  Governing Section 2254 Cases.  In the present case, the court does not find that the interests of

21  justice would be served by the appointment of counsel at the present time.  Accordingly, IT IS

22  HEREBY ORDERED that petitioner's request for appointment of counsel is denied.

23  IT IS SO ORDERED.

24  **Dated:   August 25, 2008**              _____/s/ **Sandra M. Snyder**_____
                                             UNITED STATES MAGISTRATE JUDGE
25

26

27

28